W, MICHAEL HORVATH, ESQ.
Nevada Bar No. 14545
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: 2:22-CR-00200-JAD-VCF |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| | ) ECF No. 15 |
| JACK TULS, | ) |
| Defendant. | ) |

Based on the parties' stipulation, **IT IS ORDERED** that the sentencing hearing currently scheduled for Tuesday, February 14, 2023 at 11:00 a.m., be vacated and continued to March 27, 2023, at 10:00 a.m.

DATED AND DONE this 7th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ W, Michael Horvath
_____
W, Michael Horvath, Esq.
Nevada Bar No. 14545
Attorney for Defendant