W. MICHAEL HORVATH, ESQ.
Nevada Bar No. 14545
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:22-CR-00200-JAD-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | ECF No. 17 |
| JACK TULS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the parties' stipulation, **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for Monday, March 27, 2023 at 11:00a.m., be vacated and continued to May 4, 2023, at 11:00 a.m.

DATED AND DONE this 22nd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ W. Michael Horvath
_____
W. Michael Horvath, Esq.
Nevada Bar No. 14545
Attorney for Defendant