# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-200-JAD-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JACK RYAN TULS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(B) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(C) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 2323(b) based upon the plea of guilty by Jack Ryan Tuls to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Jack Ryan Tuls pled guilty. Criminal Information, ECF No. 5; Plea Agreement, ECF No. 7; Preliminary Order of Forfeiture, ECF No. 8; Arraignment & Plea, ECF No. 11.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 17, 2022, through December 16, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 13-1, p. 5.

1  This Court finds no petition was filed herein by or on behalf of any person or entity
2  and the time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending regarding the property named herein and
4  the time has expired for presenting such petitions.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6  all possessory rights, ownership rights, and all rights, titles, and interests in the property
7  hereinafter described are condemned, forfeited, and vested in the United States under Fed.
8  R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C.
9  § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(A) with 28 U.S.C. § 2461(c);
10 18 U.S.C. § 2323(a)(1)(B) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2323(a)(1)(C) with 28
11 U.S.C. § 2461(c); 18 U.S.C. § 2323(b); and 21 U.S.C. § 853(n)(7) and shall be disposed of
12 according to law:

   1. 33 counterfeit wallets bearing Louis Vuitton logos and branding;
   2. 135 counterfeit watches bearing Rolex logos and branding;
   3. 7 counterfeit Rolex watch booklets;
   4. Counterfeit watch parts bearing Rolex logos and branding;
   5. 53 counterfeit bracelets bearing Cartier logos and branding;
   6. 57 counterfeit rings bearing Cartier logos and branding;
   7. 11 counterfeit watches bearing AP logos and branding;
   8. 1 counterfeit watch bearing Hublot logos and branding;
   9. 4 counterfeit watches bearing Richard Mille logos and branding;
   10. 3 counterfeit watches bearing Cartier logos and branding;
   11. 6 counterfeit watch bands bearing Rolex logos and branding;
   12. 1 counterfeit watch bearing Panerai logos and branding;
   13. 2 counterfeit watches bearing Patek Philippe logos and branding;
   14. 4 counterfeit scarves bearing Louis Vuitton logos and branding; and
   15. 1 counterfeit scarf bearing Gucci logos and branding

(all of which constitutes property).

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property
2 | shall be disposed of according to law.
3 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
4 | copies of this Order to all counsel of record.
5 | DATED _May 4_, 2023.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3